```
                    UNITED STATES DISTRICT COURT   FILED
                      DISTRICT OF MASSACHUSETTS  AT CLERK'S OFFICE

UNITED STATES OF AMERICA    )          2005 MAR -2  A 11: 30
                            )
     v.                     )   CRIMINAL NO. 05-30002-MAP
                            )        U.S. DISTRICT COURT
                            )          DISTRICT OF MASS
                            )
FRANK DEPERGOLA, and        )
ARMANDO BOTTA,              )
                            )
     Defendants.            )
```

GOVERNMENT'S MOTION TO UNSEAL AND SUBMIT REDACTED INDICTMENT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves this Court, pursuant to Local Rule 7.2, to unseal the Indictment in the above referenced case.

The government further requests that the Indictment be redacted to exclude the name of the victim. As grounds for this motion, the government states that all defendants have been arrested and therefore there is no reason to further seal the Indictment. The reason for providing redacted copies is to protect the ongoing investigation as well as to protect the privacy interests of any victims and government witnesses.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

By: _____
       Ariane D. Vuono
       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            March 2, 2005

    I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on all counsel of record.

                                                       _____
                                                       Ariane D. Vuono
                                                       Assistant U.S. Attorney