AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____U S_____ DISTRICT OF _____MASSACHUSETTS_____

**APPEARANCE**

Case Number: 05-3002 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Deft, Frank Depergola

3/2/05
Date

Signature

Print Name: Michael L. Foy

Address: 935 Main St Ste 203

City: Springfield   State: MA   Zip Code: 01103

Phone Number: 413 781-1106