UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>(1) FRANK DEPERGOLA, and )<br>(2) ARMANDO BOTTA,       )<br>)<br>     Defendants. )<br>) | Crim. No.  05-30002-MAP<br><br>VIOLATIONS:<br><br>18 U.S.C. § 894<br>(conspiracy to collect extensions of credit by extortionate means)<br>(Count One)<br><br>18 U.S.C. § 894(a)<br>(collecting extensions of credit by extortionate means)<br>(Count Two)<br><br>18 U.S.C. § 2<br>(aiding and abetting)(Count Two) |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:    [Title 18, United States Code, Section 894: Conspiracy to Collect Extensions of Credit by Extortionate Means]

1. From a time unknown to the grand jury, but no later than September 1996, up to and including May 2003, the exact dates being unknown to the grand jury, in the District of Massachusetts and elsewhere,

FRANK DEPERGOLA, and
ARMANDO BOTTA,

defendants herein, together with others known and unknown to the grand jury, did unlawfully and knowingly combine, conspire, confederate and agree among themselves and each other to commit certain offenses against the United States, to wit, to collect extensions of credit by extortionate means.

All in violation of Title 18, United States Code, Section 894.

COUNT TWO:       [Title 18, United States Code, Sections 894(a) and 2: Collecting Extensions of Credit By Extortionate Means; Aiding and Abetting]

1. From on or about September 1996 to in or about May 2003, in the District of Massachusetts, the defendants,

FRANK DEPERGOLA, and
ARMANDO BOTTA

did participate in the use of extortionate means within the meaning of Title 18, United States Code, Section 891(7), to collect and attempt to collect an extension of credit; that is, the defendants did unlawfully and knowingly, expressly and implicitly threaten the use of violence and other criminal means to cause harm to the person, reputation, and property of ▓▓▓▓▓▓▓▓ in order to collect and attempt to collect an extension of credit within the meaning of Title 18, United States Code, Section 891, from the said ▓▓▓▓▓▓▓▓

All in violation of Title 18, United States Code, Sections 894(a) and 2.

2

A TRUE BILL

[signature]
FOREPERSON OF THE GRAND JURY

[signature]
ARIANE D. VUONO
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on January 4, 2005.

[signature]
DEPUTY CLERK OF COURT