UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCANNED

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) Criminal No. 05-30002-MAP |
| | ) |
| FRANK DEPERGOLA and ARMANDO BOTTA, | ) |
| Defendants | ) |

FINAL STATUS REPORT
June 9, 2005

NEIMAN, U.S.M.J.

The court held an interim status conference this day and converted it into a final status conference. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. The parties shall provide any expert disclosures by June 30, 2005.

2. An initial pretrial conference has been scheduled for July 13, 2005, at 2:30 p.m. in Courtroom I. Defendants will report at the time what dispositive motions, if any, they intend to file.

3. All discovery has been completed.

4. The parties report and the court finds that no time has yet run on the Speedy Trial clock. An Order of Excludable Delay will issue.

5. There are no other matters relevant to report.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge