UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FRANK DEPERGOLA, ET AL

CASE NO. 05-30002- MAP

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for an INITIAL PRETRIAL CONFERENCE on August 11, 2005 at 3:30 PM before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

SARAH THORNTON
CLERK OF COURT

__7/13/05__
Date

By: __/s/ John C. Stuckenbruck__
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]