UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FRANK DEPERGOLA and )<br>ARMANDO BOTTA, )<br>Defendants ) | CRIMINAL ACTION NO. 05-30002-MAP |

### DEFENDANT, FRANK DEPERGOLA'S MOTION TO EXTEND TIME TO FILE MEMORANDUM

Now comes the defendant, Frank Depergola, and moves this Honorable Court to extend the time for filing his Memorandum of Law regarding Defendant's Motion to Dismiss Indictments. The defendant requests an extension until September 23, 2005

The Defendant,

Date: 9/9/05

By: _____
Michael L. Foy, Esquire
935 Main Street, Ste 203
Springfield, MA 01103
(413) 781-1106
BBO#176920

### CERTIFICATE OF SERVICE

I, Michael L. Foy, do hereby certify that I have on this date served a copy of the foregoing document to Assistant United States Attorney, Ariane D. Vuono, in hand of same to her at the United States District Court, 1550 Main Street, Springfield, MA 01103 and Attorney Lori H. Levinson, Cain, Hibbard, Myers & Cook, by mailing same, postage prepaid to 66 West St., Pittsfield, MA 01201.

Date: 9/9/05

_____
Michael L. Foy, Esquire