AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FRANK DEPERGOLA

## WARRANT FOR ARREST

CASE NUMBER: 05-300___-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Frank Depergola _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to collect extensions of credit by extortionate means and collecting extensions of credit by extortionate means

in violation of
Title  18  United States Code, Section(s)  894, 894(a)

Kenneth P. Neiman
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_February 24, 2005 - Springfield, MA_
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
58 Crawford Circle Springfield, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/1/05 | Brian F. Warren | _[signature]_ |
| DATE OF ARREST 3/2/05 | FBI - Special Agent | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Frank Depergola

ALIAS:

LAST KNOWN RESIDENCE: 56 Crawford Circle, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 1956

SOCIAL SECURITY NUMBER (last 4 digits only): 8542

HEIGHT:                                                                 WEIGHT:

SEX:     male                                                           RACE:

HAIR:                                                                   EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: