UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. 05-30002-MAP |
| | ) | |
| FRANK DEPERGOLA and | ) | |
| ARMANDO BOTTA, | ) | |
| Defendants | ) | |

## DEFENDANTS, FRANK DEPERGOLA'S AND ARMANDO BOTTA'S MOTION TO CONTINUE TRIAL

Now come the defendants, Frank Depergola and Armando Botta, and move this Honorable Court to continue the trial regarding the above-captioned matter, which is scheduled for Monday, December 12, 2005.

As reasons therefore, please see Affidavits attached hereto.

Date: Nov. 3, 2005

_____
Michael L. Foy, Esq.
935 Main Street, Ste 203
Springfield, MA 01103
(413) 781-1106
BBO#176920

The Defendants,

_____
Lori H. Levinson, Esq.
Cain, Hibbard, Myers and Cook
66 West St.
Pittsfield, MA 01201
BBO#566685