UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.                                        CA NO:   05-30002-MAP

FRANK DEPERGOLA
ARMANDO BOTTA

NOTICE OF RESCHEDULING OF TRIAL

November 8, 2005

Jury trial in the above captioned matter has been continued to March 20, 2006 at 9:00 a.m. Motions in Limine, Proposed Jury Instructions and Proposed Voir Dire questions shall be filed by counsel on or before March 13, 2006.    Trial shall proceed from 9:00 a.m. until 1:00 p.m. unless otherwise notified by the Court.

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE

BY   /s/Elizabeth A. French
      Elizabeth A. French
      Deputy Clerk