UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**CASE NO. 05-30002 - MAP**

**V.**
**FRANK DEPERGOLA**
**ARMANDO BOTTA**

NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTIONS TO DISMISS on 12/22/05 at 11:30 A.M. before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

SARAH THORNTON
CLERK OF COURT

11/28/05
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                          [kntchrgcnf.]
                                                        [ntchrgcnf.]