UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL ACTION NO. 05-30002-MAP |
| ) | |
| FRANK DEPERGOLA ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant, through counsel, and requests this Honorable Court to modify his conditions of release to allow him to bring his children to a family birthday party in Suffield, CT on Saturday, January 28, 2006 between the hours of 12:00 p.m. and 4:00 p.m.

The Defendant,

By: _____
Michael L. Foy, Esquire
935 Main Street
Springfield, MA 01103
(413) 781-1106
BBO#176920

## CERTIFICATE OF SERVICE

I, Michael L. Foy, do hereby certify that I have on this date mailed a copy of the foregoing document to Assistant United States Attorney Ariane D. Vuono, at the United States District Court, 1550 Main Street, Springfield, MA 01103.

Date: Jan 23, 2006

_____
Michael L. Foy, Esquire