UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FRANK DEPERGOLA                           CASE NO.   03-30002-MAP
ARMANDO BOTTA

NOTICE OF HEARING

PONSOR
                    D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE ON FEBRUARY 22, 2006 AT 10:00 A.M.  BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

February 7, 2006                           By:     /s/Elizabeth A. French
        Date                                              Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**