UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )<br>)<br>FRANK DEPERGOLA and       )<br>ARMANDO BOTTA,              )<br>              Defendants   ) | CRIMINAL ACTION NO. 05-30002-MAP |

### DEFENDANT, FRANK DEPERGOLA'S WITNESS LIST

Peter Longo
196 Corona Street
Springfield, MA 01104
d/o/b 1/29/55

Dominick Cortese
80 Forest Ridge Road
Agawam, MA 01001
d/o/b 10/12/59

Umberto Lochiatto
44 Winthrop Street
Springfield, MA 01105
d/o/b 5/20/70

Date: 2/22/06

The Defendant,
Frank Depergola

By: _____
Michael L. Foy, Esq.
935 Main Street, Ste 203
Springfield, MA 01103
(413) 781-1106
BBO#176920

CERTIFICATE OF SERVICE

    I, Michael L. Foy do hereby certify that I have on this date served a copy of the foregoing document to Assistant United States Attorney Todd Newhouse by mailing a copy of same to him at the United States District Court, 1550 Main Street, Springfield, MA 01103.

2/24/06

Michael L. Foy, Esq.