AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                                            **APPEARANCE**

1) FRANK DEPERGOLA

2) ARMANDO BOTTA                           Case Number:   CR-05-30002-MAP


To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for   the United States.
Assistant United States Attorney Ariane D. Vuono has left this office and no longer will be involved in this case.


   I certify that I am admitted to practice in this court.


| 2/28/2006 | _(signature)_ |
|---|---|
| Date | Signature |
| | Todd E. Newhouse.    544457 |
| | Print Name         Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield    MA    01103 |
| | City    State    Zip Code |
| | 413-785-0235    413-785-0394 |
| | Phone Number    Fax Number |