UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 05-CR-30002-MAP |
| | ) |
| FRANK DEPERGOLA and | ) |
| ARMANDO BOTTA, | ) |
| Defendants | ) |

PRETRIAL SCHEDULING ORDER

March 1, 2006

PONSOR, D.J.

Counsel for all parties appeared before this court for a status conference on February 28, 2006. Based on counsel's representations, the court orders as follows:

   1. The government will provide the remaining documents to Defendants no later than March 3, 2006.

   2. Also by March 3, 2006, counsel may file, if he wishes, a motion to continue the trial, with supporting material.

   3. Defendants' motions in limine will be filed no later than March 10, 2006.

   4. The government's opposition to the motions in limine, as well as its trial memo, will be filed no later than March 17, 2006.

   5. Counsel will appear again before this court for argument on the motions in limine and for a final conference on March 22, 2006 at 2:00 p.m.

6. Trial in this matter will commence on March 27, 2006 at 10:00 a.m. Counsel will appear for a conference that day at 9:00 a.m. prior to the commencement of jury selection. Counsel are advised to keep in touch with the courtroom deputy about possible changes in the trial date based upon other cases.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge