UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 MAR -2 P 2: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA   )
)
)
vs   )   CRIMINAL NO. 05-30002-MAP
)
)
FRANK DEPERGOLA and   )
ARMANDO BOTTA   )
    Defendants   )

### DEFENDANT FRANK DEPERGOLA'S MOTION TO CONTINUE TRIAL DATE

Now comes the defendant, Frank Depergola and moves this Honorable Court to continue his scheduled trial date of March 20, 2006.

As reasons, therefore, please see attached affidavit.

Date: March 1, 2006

_____
Michael L. Foy, His Attorney
935 Main St. Ste. 203
Springfield, MA.
(413)781-1106
BBO# 176920

Assented to: _____
Lori Levinson, Esq.
Cain, Hibbard, Myers and Cook
66 West St.
Pittsfield, MA 01201
BBO#566685