UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 MAY 12 P 3: 49

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. 05-30002-MAP |
| | ) | |
| FRANK DEPERGOLA | ) | |

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant, through counsel, and requests this Honorable Court to modify his conditions of release to allow him to travel to Foxwoods Hotel and Casino in Ledyard Connecticut on Thursday, May 18, 2006 from 4:00 p.m. until 12:00 a.m. to attend a boxing event.

Date: 5/11/06

The Defendant,

By: _____
Michael L. Foy, Esquire
935 Main Street
Springfield, MA 01103
(413) 781-1106
BBO#176920

## CERTIFICATE OF SERVICE

I, Michael L. Foy, do hereby certify that I have on this date served a copy of the foregoing document to Assistant United States Attorney Todd Newhouse in hand.

Date: 5/11/06

_____
Michael L. Foy, Esquire