UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. 05-30002-MAP |
| ) | |
| FRANK DEPERGOLA ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant, through counsel, and requests this Honorable Court to modify his conditions of release to allow him to travel to Foxwoods Hotel and Casino in Ledyard Connecticut on Wednesday, May 17, 2006 from 4:00 p.m. until 12:00 a.m. to attend a boxing event.

Date: 5/15/06

The Defendant,

By: _____
Michael L. Foy, Esquire
935 Main Street
Springfield, MA 01103
(413) 781-1106
BBO#176920

## CERTIFICATE OF SERVICE

I, Michael L. Foy, do hereby certify that I have on this date served a copy of the foregoing document to Assistant United States Attorney Todd Newhouse in hand.

Date: 5/15/06

_____
Michael L. Foy, Esquire