UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
         V.              )         CR-05-30002-MAP
                         )
(1) FRANK DEPERGOLA, and )
(2) ARMANDO BOTTA,       )
```

GOVERNMENT'S REQUEST FOR VOIR DIRE QUESTIONS

The United States of America submits the attached requested voir dire questions pursuant to F.R.Crim. P. 24(a).

1. Do you have difficulty in reading or understanding the English language?

   ( ) Yes   ( ) No

2. A portion of the evidence in this case will consist of tape recordings of conversations some of which will have background noise and interference; do you have any problem with your hearing that would interfere with your ability to listen to this evidence?

   ( ) Yes   ( ) No

   If yes, please explain:_____
   _____
   _____

3. In investigating this case, after obtaining the consent of one of the parties to the conversation, the government used hidden audio recording devices, (sometimes called "body wires"), and hidden video recording equipment. Would the

1

fact that the government used secret recording devices, for a period of months, interfere with your ability to give fair consideration to tape-recorded evidence obtained by such means when the consensual video recordings and "body wires" were authorized by a federal law?

( ) Yes   ( ) No

If yes, please explain:_____

_____

_____


                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                                By: /s/ Todd E. Newhouse
                                      _____
                                       TODD E. NEWHOUSE
                                       Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

Hampden, ss.                        Springfield, Massachusetts
                                      June 2, 2006

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                          /s/ Todd E. Newhouse

                                         TODD E. NEWHOUSE
                                         Assistant U.S. Attorney