UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 05-30002-MA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| FRANK DEPERGOLA | ) |
|     Defendant | ) |

**DEFENDANT, FRANK DEPERGOLA'S MOTION FOR DOWNWARD DEPARTURE AND CONSIDERATION PURSUANT TO 18 U. S. C. § 3553 (b)**

Now comes the Defendant, Frank Depergola, by and through undersigned counsel, and hereby files this Motion for Downward Departure and consideration pursuant to 18 U. S. C. § 3553 (b). In this motion, Mr. Depergola requests that this Court depart downwardly several levels from the sentence otherwise applicable under the guidelines.

Mr. Depergloa will request a downward departure at this sentencing which is scheduled for Wednesday, October 18th, 2006 at 3:00 p.m. In support of said motion see attached affirmation of counsel.

The Defendant,
Frank Depergola

By: _____
Michael L. Foy, Esquire
935 Main Street, Suite 203
Springfield, MA 01103
(413) 781-1106
BBO#176920

Date: 9/30/06