UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. 05-30002-MAP |
| ) | |
| FRANK DEPERGOLA ) | |

MOTION TO MODIFY CONDITIONS OF RELEASE

    Now comes the defendant, through counsel, and requests this Honorable Court to modify his conditions of release to allow him to spend Christmas Eve with his family at the home of his nephew, Anthony Cortese, 11 Plantation Drive in Suffield, CT from 3:00 p.m. on Sunday, December 24, 2006 until approximately 12:00 a.m. on Monday, December 25, 2006.

The Defendant,

By: /s/ Michael L. Foy
Michael L. Foy, Esquire
935 Main Street
Springfield, MA 01103
(413) 781-1106
BBO#176920