UNITED STATES DISTRICT COURT
DISTRCIT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | Crim. No.05-30002   MAP |
| V. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| FRANK DEPERGOLA ) | |
| ARMANDO BOTTA ) | |

**APPEARANCE OF COUNSEL**

    Please accept my appearance for the defendant Frank DePergola in the above entitled matter.

Date:   January 15, 2007

/s/ Daniel D. Kelly
Daniel D. Kelly, Esq.
101 State Street Site 715
Springfield, MA 01103
Phone 413-733-0770
Fax 413-733-1245
BBO# 634648

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 15, 2007.

                                              /s/ Daniel D. Kelly
                                              Daniel D. Kelly