UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
          V.          )                CR-05-30002-MAP
                      )
(1) FRANK DEPERGOLA, and )
(2) ARMANDO BOTTA,      )

GOVERNMENT'S REQUEST TO DESTROY EVIDENCE

    The United States of America, by and through its undersigned attorneys, requests authority of the Court to destroy evidence. As reasons therefore, the government relies upon the following.

    During the course of the investigation which led to the return of the above captioned Indictment the government obtained approximately one gram of marijuana, one Bryco .38 auto pistol with an obliterated serial number and five rounds of .380 caliber ammunition in a magazine clip.  None of these items were seized from either of the two above captioned defendants, but rather were recovered from other targets of the investigation against whom no charges were filed.  Because these items are illegal to possess, the government requests authority to destroy them.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney
          By:
                      /s/ Todd E. Newhouse_____
                      TODD E. NEWHOUSE
                      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden,  ss.                  Springfield, Massachusetts
                          July 2, 2007

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by ECF, a copy of the foregoing, to all counsel of record.

/s/ Todd E. Newhouse
TODD E. NEWHOUSE
Assistant U.S. Attorney